JOSEPH RAPISARDI, an Infant, over the Age of Fourteen Years, by SALVATORE RAPISARDI, His Guardian ad Litem, and SALVATORE RAPISARDI, Individually, Appellants, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment reversed on the law and a new trial granted, costs to abide the event. In our opinion the plaintiff made out a *prima facie* case. Whether the board of education failed to use reasonable care in permitting the bat in question to be used under the circumstances shown, is a question for the jury. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Kapper, J., dissents.

DOUGLAS O. ROBERTSON, Suing for Himself as Stockholder, and All Other Stockholders of MARINE TRANSIT CORPORATION in Like Situation Who Shall

---

* Motion to dismiss appeal denied, 266 N. Y. ——.

Choose to Make Themselves Parties to This Action, Plaintiff, v. JOHN D. SCHOONMAKER and Others, Appellants, Impleaded with COURTLAND PALMER and Others, Defendants, and GERALD A. FAGAN, Respondent. (Action No. 2.) — Order granting motion of defendant Fagan to bring in additional parties defendant, appointing a receiver of the various corporate defendants, and enjoining various defendants, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.